

ENTERED
07/01/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-34028 |
| | § | |
| THE NEW LONESTAR | § | |
| CONSTRUCTION, LLC, | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

**ORDER APPROVING COMBINED FINAL FEE APPLICATION OF CAGE, HILL & NIEHAUS, LLP FOR THE PERIOD DECEMBER 16, 2019 THROUGH AUGUST 31, 2020 AND FIRST AND FINAL FEE APPLICATION OF OKIN ADAMS LLP, FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH APRIL 20, 2021
<u>AS COUNSEL FOR THE TRUSTEE</u>**
[Document No. 48]

CAME ON for consideration Combined Final Fee Application of Cage, Hill & Niehaus, LLP for the Period December 16, 2019 through August 31, 2020 and First and Final Fee Application of Okin Adams LLP, for the period September 1, 2020 through April 20, 2021 as Counsel for the Trustee ("Combined Application").

Upon consideration of the Combined Application, this Court finds that the amount requested for allowance of attorneys' fees and reimbursement of out-of-pocket expenses by Cage, Hill & Niehaus, LLP are reasonable and appropriate under the facts and circumstances of this case, the standards set forth in *American Benefit Life Insurance Co. v. Braddock (In re First Colonial Corp. of America)*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied,* 431 U.S. 904 (1977) have been met, and the relief requested in the Combined Application should be granted.

Upon consideration of the Combined Application, this Court finds that the amount requested for allowance of attorneys' fees and reimbursement of out-of-pocket expenses by Okin Adams LLP are reasonable and appropriate under the facts and circumstances of this case, the standards set forth in *American Benefit Life Insurance Co. v. Braddock (In re First Colonial Corp.*

*of America)*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied,* 431 U.S. 904 (1977) have been met, and the relief requested in the Combined Application should be granted.

Therefore, it is

ORDERED that the Combined Application is approved and allowed; it is further

ORDERED that fees and expenses incurred by Cage, Hill & Niehaus, LLP during the Final Application Period shall be allowed in the amount of $9,782.55 for professional services rendered and out-of-pocket expenses; it is further

ORDERED that fees and expenses incurred by Okin Adams LLP during the Final Application Period shall be allowed in the amount of $5,032.50 for professional services rendered and out of pocket expenses; it is further

ORDERED that all of Cage, Hill & Niehaus, LLP and Okin Adams LLP's fees and expenses allowed in this and all prior fee applications are hereby finally approved pursuant to 11 U.S.C. §330(a).

**Signed: July 01, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**