UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34028 |
| | § | |
| THE NEW LONESTAR | § | |
| CONSTRUCTION, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>07/23/2019</u>. The undersigned trustee was appointed on <u>07/23/2019</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $91,716.29

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $19,119.06 |
   | Bank service fees | $1,326.96 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $71,270.27 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/16/2020 and the deadline for filing government claims was 01/19/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,835.81. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,835.81, for a total compensation of $7,835.81[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $94.45, for total expenses of $94.45.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/09/2021          By:  /s/ Allison D. Byman
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No.: | 19-34028-H2-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | LONESTAR CONSTRUCTION, LLC, THE NEW | Date Filed (f) or Converted (c): | 07/23/2019 (f) |
| For the Period Ending: | 9/9/2021 | §341(a) Meeting Date: | 11/21/2019 |
| | | Claims Bar Date: | 03/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Moody Bank Checking 2784 | $7,242.63 | $7,242.63 | | $53,458.20 | FA |
| 2 | Allegiance Bank Checking 1753 | $182.90 | $182.90 | | $258.09 | FA |
| 3 | General Liability & Builders Risk Insurance Policy Potential Refund for Cancellation | Unknown | $0.00 | | $0.00 | FA |
| 4 | Auto Policy on Truck. Potential Refund for Cancellation | Unknown | $0.00 | | $0.00 | FA |
| 5 | AR 90 days old or less | $839,787.26 | $839,787.26 | | $0.00 | FA |
| **Asset Notes:** | See exhibit 1 dkt. 9; not recoverable based on liens placed on teh projects by subcontractors. Project owners to pay A/R owed to Debtor directly to the subcontractors to avoid or release liens. | | | | | |
| 6 | Office equipment: 5 laptops and 6 monitors and phone system | $1,200.00 | $1,200.00 | | $0.00 | FA |
| **Asset Notes:** | De minimis value; trustee to abandon at case closure | | | | | |
| 7 | Lease payment deposit on current sublease space to Braans Limited (month to month) Books and records reflect this deposit in the amount of $5,000 | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 8 | Month-to-month lease of approx. 4,000 sq.ft. at 8120 McHard Road, Houston, TX 77053 | Unknown | $0.00 | | $0.00 | FA |
| 9 | Website Domains: www.lonestarconstructiontx.com www.constructiontx.com | Unknown | $0.00 | | $0.00 | FA |
| 10 | Customer lists, vendor lists, pricing/bidding information, etc. | Unknown | $0.00 | | $0.00 | FA |
| 11 | Website Domains: www.lonestarconstructiontx.com www.constructiontx.com LinkedIn Account Facebook Account Tweeter Account YouTube Account | Unknown | $0.00 | | $0.00 | FA |
| 12 | QuickBooks - software package | Unknown | $0.00 | | $0.00 | FA |
| 13 | Customer lists and vendor lists | Unknown | $0.00 | | $0.00 | FA |
| 14 | General liability & builders risk policy | Unknown | $0.00 | | $0.00 | FA |
| 15 | auto insurance policy | Unknown | $0.00 | | $0.00 | FA |

Page No: 2

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No.: | 19-34028-H2-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | LONESTAR CONSTRUCTION, LLC, THE NEW | Date Filed (f) or Converted (c): | 07/23/2019 (f) |
| For the Period Ending: | 9/9/2021 | §341(a) Meeting Date: | 11/21/2019 |
| | | Claims Bar Date: | 03/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16　Preference demand to JP Morgan Chase; settled without the need for a lawsuit. | $0.00 | $90,000.00 | | $17,000.00 | FA |
| 17　9019 Settlement with ECS. See dkts 36 and 37 　(u) | $20,000.00 | $20,000.00 | | $20,000.00 | FA |
| 18　Franchise tax refund 　(u) | $0.00 | $0.00 | | $1,000.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$873,412.79     $963,412.79     $91,716.29     $0.00

**Major Activities affecting case closing:**

| 02/09/2021 | Attorney has reviewed and pursued all causes of action; potential claims against judgment proof insiders will not be pursued; claims analysis ongoing as researching whether project owners funded some portions of amounts sought by subcontractors. Case no yet closeable. |
|---|---|
| 09/28/2020 | Order authorizing compromise with JPMorgan Chase Bank authorized. See dkt. 42. Estate to receive $17,000.00. |
| 05/21/2020 | Settlement with ECS approved. Estate to receive $20,000. ECS will release all claims against the Trustee and the Debtor's estate. Trustee will furnish ECS with a final release of mechanic's lien concerning the Project and Property. See dkts. 36 and 37. |
| 02/02/2020 | Order authorizing employment of counsel for the Trustee entered. Counsel will pursue lawsuits regarding debtor's unpaid contracts. |

**Initial Projected Date Of Final Report (TFR):**    12/30/2021      /s/ ALLISON D. BYMAN

**Current Projected Date Of Final Report (TFR):**                      ALLISON D. BYMAN

Page No: 1  Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-34028-H2-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | LONESTAR CONSTRUCTION, LLC, THE NEW | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6605 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/23/2019 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 9/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/22/2019 | (1) | Moody Bank | Balance of Moody Bank Account | 1129-000 | $53,458.20 | | $53,458.20 |
| 11/22/2019 | (2) | Allegiance Bank | Proceeds from Allegiance Bank Account | 1129-000 | $258.09 | | $53,716.29 |
| 10/05/2020 | 3001 | International Sureties, Ltd. | Bond # 016071777 | 2300-000 | | $19.28 | $53,697.01 |
| 10/26/2020 | (16) | JP Morgan Chase & Co. | 9019 at docket 42 | 1141-000 | $17,000.00 | | $70,697.01 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $94.76 | $70,602.25 |
| 11/03/2020 | (18) | Texas Comptroller of Public Accounts | Franchise Tax Refund | 1229-000 | $1,000.00 | | $71,602.25 |
| 11/10/2020 | (17) | EPR Properties | 9019 Settlementwith Education Capital Solutions | 1241-000 | $20,000.00 | | $91,602.25 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $108.03 | $91,494.22 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $134.10 | $91,360.12 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $147.42 | $91,212.70 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $132.94 | $91,079.76 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $146.97 | $90,932.79 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $151.47 | $90,781.32 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $137.04 | $90,644.28 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $141.55 | $90,502.73 |
| 07/01/2021 | 3002 | Cage Hill & Niehaus LLP | Docket 50; 7/1/21 Final Fee app | * | | $9,782.55 | $80,720.18 |
| | | | | $(9,560.00) | 3210-000 | | $80,720.18 |
| | | | | $(222.55) | 3220-000 | | $80,720.18 |
| 07/01/2021 | 3003 | Okin Adams LLP | Dkt 50; Final Fee App | * | | $5,032.50 | $75,687.68 |
| | | | | $(4,875.00) | 3210-000 | | $75,687.68 |
| | | | | $(157.50) | 3220-000 | | $75,687.68 |
| 07/21/2021 | 3004 | KenWood & Associates, P.C. | Docket 52; 7/20/21; First and final fee app | * | | $4,284.73 | $71,402.95 |
| | | | | $(4,175.50) | 3410-000 | | $71,402.95 |
| | | | | $(109.23) | 3420-000 | | $71,402.95 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $132.68 | $71,270.27 |

| | | | | SUBTOTALS | $91,716.29 | $20,446.02 | |

Page No: 2     Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 19-34028-H2-7 | | **Trustee Name:** | Allison D. Byman |
| **Case Name:** | LONESTAR CONSTRUCTION, LLC, THE NEW | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6605 | | **Checking Acct #:** | ******2801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 7/23/2019 | | **Blanket bond (per case limit):** | $89,692,000.00 |
| **For Period Ending:** | 9/9/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $91,716.29 | $20,446.02 | $71,270.27 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $91,716.29 | $20,446.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $91,716.29 | $20,446.02 | |

| For the period of 7/23/2019 to 9/9/2021 | | For the entire history of the account between 11/22/2019 to 9/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $91,716.29 | Total Compensable Receipts: | $91,716.29 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $91,716.29 | Total Comp/Non Comp Receipts: | $91,716.29 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,446.02 | Total Compensable Disbursements: | $20,446.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,446.02 | Total Comp/Non Comp Disbursements: | $20,446.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3                    Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-34028-H2-7 | |
| **Case Name:** | LONESTAR CONSTRUCTION, LLC, THE NEW | |
| **Primary Taxpayer ID #:** | **-***6605 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/23/2019 | |
| **For Period Ending:** | 9/9/2021 | |

| | |
|---|---|
| **Trustee Name:** | Allison D. Byman |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******2801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $89,692,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $91,716.29 | $20,446.02 | $71,270.27 |

**For the period of 7/23/2019 to 9/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $91,716.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $91,716.29 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,446.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,446.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/23/2019 to 9/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $91,716.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $91,716.29 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,446.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,446.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN

# CLAIM ANALYSIS REPORT

| Case No.: | 19-34028-H2-7 | | | | | Trustee Name: | | Allison D. Byman | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LONESTAR CONSTRUCTION, LLC, THE NEW | | | | | Date: | | 9/9/2021 | | |
| Claims Bar Date: | 03/16/2020 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALLISON D. BYMAN  7924 Broadway, Suite 104 Pearland TX 77581 | 11/27/2019 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $94.45 | $94.45 | $0.00 | $0.00 | $0.00 | $94.45 |
| | ALLISON D. BYMAN  7924 Broadway, Suite 104 Pearland TX 77581 | 08/02/2021 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $7,835.81 | $7,835.81 | $0.00 | $0.00 | $0.00 | $7,835.81 |
| 1 | FORT BEND COUNTY  C/O John P. Dillman Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston  77253-3064 | 07/25/2019 | Priority Tax | Allowed | 5800-000 | $0.00 | $1,478.32 | $1,478.32 | $0.00 | $0.00 | $0.00 | $1,478.32 |
| **Claim Notes:** | (1-1) Ad Valorem Taxes | | | | | | | | | | | |
| 2 | STAPLES/ TOM RIGGLEMAN 7 Technology Circle Columbia SC 29203 | 07/30/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $507.76 | $507.76 | $0.00 | $0.00 | $0.00 | $507.76 |
| **Claim Notes:** | (2-1) Goods Sold-Office Products | | | | | | | | | | | |
| 3 | FOSTER FENCE P.O. Box 96116 Houston TX 77213 | 08/29/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $940.00 | $940.00 | $0.00 | $0.00 | $0.00 | $940.00 |
| 4 | INSULATION DISTRIBUTORS, INC. 8303 Audubon Road Chanhassen MN 55317 | 09/17/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $15,563.60 | $15,563.60 | $0.00 | $0.00 | $0.00 | $15,563.60 |
| **Claim Notes:** | (4-1) Goods sold | | | | | | | | | | | |

| Case No.: | 19-34028-H2-7 | | | | | | Trustee Name: | | Allison D. Byman | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LONESTAR CONSTRUCTION, LLC, THE NEW | | | | | | Date: | | 9/9/2021 | | |
| Claims Bar Date: | 03/16/2020 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | 10/11/2019 | Priority Tax | Withdrawn | 5800-000 | $0.00 | $10,679.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (5-1) Franchise Tax Ch. 171.  Claim withdrawn.  See dkt. 39 | | | | | | | | | | | |
| 6 | THE ANCHOR GROUP, INC.<br>803 E. Whitney<br>Houston TX 77022 | 10/24/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $135,248.13 | $135,248.13 | $0.00 | $0.00 | $0.00 | $135,248.13 |
| **Claim Notes:** | (6-1) speciqalty goods sold and services performed  for fencing installation | | | | | | | | | | | |
| 7 | AAA AWNING CO., INC.<br>8810 Madie Drive<br>Houston TX 77022 | 11/26/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $9,300.00 | $9,300.00 | $0.00 | $0.00 | $0.00 | $9,300.00 |
| 8 | AHERN RENTALS, INC.<br>1401 Mineral Avenue<br>Las Vegas NV 89106 | 12/10/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $37,493.14 | $37,493.14 | $0.00 | $0.00 | $0.00 | $37,493.14 |
| **Claim Notes:** | (8-1) Equipment rental and sales | | | | | | | | | | | |
| 9 | A.S. BUILDERS LLC<br>7346 Dunkirk<br>Houston TX 77033 | 12/23/2019 | UNSECURED | Amended | 7100-000 | $0.00 | $49,191.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (9-1) Mechanics and materialmans lien.  Claim amended to unsecured. See claim listed on the register as claim 23 | | | | | | | | | | | |
| 10 | K4 ENVIRONMENTAL LLC<br>P.O. Box 484<br>Montgomery TX 77356 | 01/15/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $3,247.50 | $3,247.50 | $0.00 | $0.00 | $0.00 | $3,247.50 |
| **Claim Notes:** | (10-1) Services Performed | | | | | | | | | | | |
| 11 | A.S. BUILDERS LLC<br>7346 Dunkirk<br>Houston TX 77033 | 01/22/2020 | Secured | Withdrawn | 4110-000 | $0.00 | $49,191.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (11-1) Mechanics & Materialman&#039;s lien for labor and materials furnished.  Duplicate claim withdrawn in amended claim filed as claim 23 | | | | | | | | | | | |
| 12 | SWGH LLC<br>3020 Greens Road<br>Houston Tx 77032 | 01/21/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $10,540.00 | $10,540.00 | $0.00 | $0.00 | $0.00 | $10,540.00 |
| **Claim Notes:** | (12-1) Services and Materials Provided | | | | | | | | | | | |

CLAIM ANALYSIS REPORT    Page No: 3    Exhibit C

| Case No.: | 19-34028-H2-7 | | Trustee Name: | Allison D. Byman |
| Case Name: | LONESTAR CONSTRUCTION, LLC, THE NEW | | Date: | 9/9/2021 |
| Claims Bar Date: | 03/16/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | STONHARD, A DIVISION OF STONCOR GROUP, INC.<br>c/o William G. Wright, Capehart<br>8000 Midlantic Dr Ste. 300S<br>Laurel NJ 08054 | 01/28/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $26,979.00 | $26,979.00 | $0.00 | $0.00 | $0.00 | $26,979.00 |
| 14 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 01/31/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $39,323.84 | $39,323.84 | $0.00 | $0.00 | $0.00 | $39,323.84 |

**Claim Notes:**    Claim amended 9-8-20

| 15 | NETWORK CABLING SERVICES, INC.<br>12626 Fuqua Street<br>Houston TX 77034 | 03/03/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $88,662.36 | $88,662.36 | $0.00 | $0.00 | $0.00 | $88,662.36 |

**Claim Notes:**    (15-1) Goods Sold and Services Provided

| 16 | FORT BEND INDEPENDENT SCHOOL DISTRICT<br>1317 Eugene Heimann Circle<br>Richmond TX 77469 | 03/04/2020 | Priority Tax | Allowed | 5800-000 | $0.00 | $3,678.43 | $3,678.43 | $0.00 | $0.00 | $0.00 | $3,678.43 |

**Claim Notes:**    (16-1) Ad Valorem Property Taxes

| 17 | RUBBER FLOORING SYSTEMS, INC.<br>375 Columbia Memorial Pkwy.<br>Kemah TX 77565 | 03/10/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $50,437.39 | $50,437.39 | $0.00 | $0.00 | $0.00 | $50,437.39 |

**Claim Notes:**    (17-1) Construction Services.  claim amended 12-31-20

| 18 | HOUSTON COUGAR FOUNDATION<br>c/o Winstead PC<br>Attn: Sean B. Davis<br>600 Travis Street, Suite 5200<br>Houston TX 77002 | 03/11/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $678,719.37 | $678,719.37 | $0.00 | $0.00 | $0.00 | $678,719.37 |

**Claim Notes:**    (18-1) Breach of construction agreement

CLAIM ANALYSIS REPORT    Page No: 4    Exhibit C

| Case No.: | 19-34028-H2-7 | | | Trustee Name: | Allison D. Byman |
| Case Name: | LONESTAR CONSTRUCTION, LLC, THE NEW | | | Date: | 9/9/2021 |
| Claims Bar Date: | 03/16/2020 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | BAC TRAC PLUMBING, LP<br>c/o John Torigian<br>Krell & Torigian<br>1600 Smith St., Suite 3885<br>Houston TX 77002 | 03/13/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $41,805.52 | $41,805.52 | $0.00 | $0.00 | $0.00 | $41,805.52 |
| **Claim Notes:** | (19-1) Plumbing materials and labor owed | | | | | | | | | | | |
| 20 | EXPANSION CAPITAL GROUP<br>5020 S. Broadband Lane, Suite 100<br>Sioux Falls SD 57108 | 03/13/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $231,220.00 | $231,220.00 | $0.00 | $0.00 | $0.00 | $231,220.00 |
| **Claim Notes:** | (20-1) Loan 8598 | | | | | | | | | | | |
| 21 | THE RAMEY LEGAL GROUP, PLLC<br>1700 Post Oak Blvd.<br>2 Blvd Place Suite 600<br>Houston TX 77056 | 03/16/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $13,511.66 | $13,511.66 | $0.00 | $0.00 | $0.00 | $13,511.66 |
| **Claim Notes:** | (21-1) attorney&#039;s fees | | | | | | | | | | | |
| 22 | O S INTERIOR SYSTEM INC<br>Rhonda Allen<br>2323 South Voss Ste. 230<br>Houston TX 77065 | 03/16/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $449,384.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (22-2) First Amended Proof of Claim.  Property securing claim was not administered by the trustee. | | | | | | | | | | | |
| 23 | A.S. BUILDERS LLC<br>7346 Dunkirk<br>Houston TX 77033 | 01/20/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $41,191.90 | $41,191.90 | $0.00 | $0.00 | $0.00 | $41,191.90 |
| **Claim Notes:** | (23-1) Amended Claim.  This amends claims 9 and 11 | | | | | | | | | | | |
| | | | | | | $1,996,225.54 | $1,437,778.18 | $0.00 | $0.00 | $0.00 | $1,437,778.18 |

**CLAIM ANALYSIS REPORT**

Page No: 5    Exhibit C

| | |  | | |
|---|---|---|---|
| **Case No.** | 19-34028-H2-7 | **Trustee Name:** | Allison D. Byman |
| **Case Name:** | LONESTAR CONSTRUCTION, LLC, THE NEW | **Date:** | 9/9/2021 |
| **Claims Bar Date:** | 03/16/2020 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $7,835.81 | $7,835.81 | $0.00 | $0.00 | $0.00 | $7,835.81 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $94.45 | $94.45 | $0.00 | $0.00 | $0.00 | $94.45 |
| Priority Tax | $15,835.94 | $5,156.75 | $0.00 | $0.00 | $0.00 | $5,156.75 |
| Secured | $49,191.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED | $1,923,267.44 | $1,424,691.17 | $0.00 | $0.00 | $0.00 | $1,424,691.17 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 19-34028
Case Name: THE NEW LONESTAR CONSTRUCTION, LLC
Trustee Name: Allison D. Byman

|  |  |
|---|---:|
| Balance on hand: | $71,270.27 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $71,270.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Allison D. Byman, Trustee Fees | $7,835.81 | $0.00 | $7,835.81 |
| Allison D. Byman, Trustee Expenses | $94.45 | $0.00 | $94.45 |
| Cage Hill & Niehaus LLP, Attorney for Trustee Fees | $9,560.00 | $9,560.00 | $0.00 |
| Cage Hill & Niehaus LLP, Attorney for Trustee Expenses | $222.55 | $222.55 | $0.00 |
| KenWood & Associates, P.C., Accountant for Trustee Fees | $4,175.50 | $4,175.50 | $0.00 |
| KenWood & Associates, P.C., Accountant for Trustee Expenses | $109.23 | $109.23 | $0.00 |
| Other: Okin Adams LLP, Attorney for Trustee Fees | $4,875.00 | $4,875.00 | $0.00 |
| Other: Okin Adams LLP, Attorney for Trustee Expenses | $157.50 | $157.50 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $7,930.26 |
| Remaining balance: | $63,340.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $63,340.01 |

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,156.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fort Bend County | $1,478.32 | $0.00 | $1,478.32 |
| 16 | Fort Bend Independent School District | $3,678.43 | $0.00 | $3,678.43 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $5,156.75 |
| Remaining balance: | $58,183.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,424,691.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Staples/ Tom Riggleman | $507.76 | $0.00 | $20.74 |
| 3 | Foster Fence | $940.00 | $0.00 | $38.39 |
| 4 | Insulation Distributors, Inc. | $15,563.60 | $0.00 | $635.61 |
| 6 | The Anchor Group, INC. | $135,248.13 | $0.00 | $5,523.43 |
| 7 | AAA Awning Co., Inc. | $9,300.00 | $0.00 | $379.80 |
| 8 | Ahern Rentals, Inc. | $37,493.14 | $0.00 | $1,531.19 |
| 9 | A.S. Builders LLC | $0.00 | $0.00 | $0.00 |
| 10 | K4 Environmental LLC | $3,247.50 | $0.00 | $132.63 |
| 12 | SWGH LLC | $10,540.00 | $0.00 | $430.45 |
| 13 | Stonhard, a division of StonCor Group, Inc. | $26,979.00 | $0.00 | $1,101.80 |
| 14 | JPMorgan Chase Bank, N.A. | $39,323.84 | $0.00 | $1,605.95 |
| 15 | Network Cabling Services, Inc. | $88,662.36 | $0.00 | $3,620.90 |
| 17 | Rubber Flooring Systems, Inc. | $50,437.39 | $0.00 | $2,059.82 |
| 18 | Houston Cougar Foundation | $678,719.37 | $0.00 | $27,718.36 |

UST Form 101-7-TFR (5/1/2011)

| | | | | |
|---|---|---:|---:|---:|
| 19 | Bac Trac Plumbing, LP | $41,805.52 | $0.00 | $1,707.30 |
| 20 | Expansion Capital Group | $231,220.00 | $0.00 | $9,442.84 |
| 21 | The Ramey Legal Group, PLLC | $13,511.66 | $0.00 | $551.81 |
| 22 | O S Interior System Inc | $0.00 | $0.00 | $0.00 |
| 23 | A.S. Builders LLC | $41,191.90 | $0.00 | $1,682.24 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $58,183.26 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)