United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 20, 2021
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-34028-H2-7 |
| | § | |
| THE NEW LONESTAR | § | |
| CONSTRUCTION, LLC | § | CHAPTER 7 |
| | § | |
| DEBTORS | § | |

### ORDER APPROVING TRUSTEE'S COMPENSATION AND EXPENSES

(Docket No. 56)

It is ordered that the chapter 7 trustee is allowed compensation in the amount of $7,835.81; it is further

Ordered that the chapter 7 trustee is allowed $94.45 as a reimbursement of expenses; and it is further

Ordered that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to fees on the distribution of the additional interest amounts in accordance with 11 U.S.C. 326(a), without further Order of the Court.

Signed: October 20, 2021.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**